**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2042**

SIDNEY B. HARR,

              Plaintiff - Appellant,

        v.

N. LORRIN FREEMAN; WAKE COUNTY, in the State of North
Carolina,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge.  (5:16-cv-00199-FL)

Submitted:  December 15, 2016       Decided:  December 19, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sidney B. Harr, Appellant Pro Se.  Grady L. Balentine, Jr.,
Special Deputy Attorney General, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sidney B. Harr appeals the district court's order granting N. Lorrin Freeman's motion to dismiss Harr's civil rights claims against Freeman. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Harr v. Freeman, No. 5:16-cv-00199-FL (E.D.N.C. Aug. 16, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED